

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| AZIZ SHAKARZAHI AND ILIA SHAKARZAHI, | § | No. 08-15-00102-CV |
| | § | Appeal from the |
| APPELLANTS, | § | 243rd District Court |
| V. | § | of El Paso County, Texas |
| RAYMOND MALOOLY, ALAN MALOOLY, MALOOLY | § | (TC#2014-DCV1956 ) |
| CORPORATION, PEBBLE HILLS PLAZA, LTD., ASLM, LTD., ASLM II, | § | |
| LTD., JANUARY 2K, LTD., AND FEDERAL ACCEPTANCE | § | |
| CORPORATION. | § | |
| APPELLEES. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.